```
                          F I L E D
                    CLERK, U.S. DISTRICT COURT

                         12/05/2023

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY: _____TV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00589-ODW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 875(c): Threats by Interstate Communication] |
| RYAN JACOBS, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 875(c)]

On or about October 19, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant RYAN JACOBS, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, J.G., in that defendant JACOBS threatened: "I'm going to kill [J.G.] and every single person at the ADL. Will be

///

1  the start of a real holohocaust ho ho ho not fake like the 6 million
2  (Red Cross estimators put the number at ~200k Ashkenazi Jews lost)."

                                            A TRUE BILL

                                                   /S/
                                            _____
                                            Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes
Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section